# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Newark, NJ

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                      Case No.: 2:25−mj−11131−AME

                                                             Magistrate Judge Andre M. Espinosa

RAS BARAKA

                              Defendant.

## ORDER

     Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 5/9/2025, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

|  |  |
|---|---|
| May 9, 2025 | s/ Magistrate Judge Andre M. Espinosa |
| DATED | United States Magistrate Judge |