# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

RAS BARAKA
*Defendant*

MAGISTRATE JUDGE: André M. Espinosa
CASE NO.: 25-mj-11131-AME
DATE OF PROCEEDINGS: 5/21/2025
DATE OF ARREST: 5/9/2025

**PROCEEDINGS:** Hearing on Motion to Dismiss

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: ☐ AFPD ☐ CJA
- [ ] WAIVER OF HRG: ☐ PRELIM ☐ REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: ☐ GUILTY ☐ NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED ☐ FINANCIAL COLLOQUY

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: ☐ COURT ☐ JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

*** Hearing on the Government's proposed Order for dismissal held in this matter. Appearances of Counsel entered in the record. The Court entered a final remark regarding this matter and granted the dismissal. An Order of dismissal shall follow.

**APPEARANCES:**

AUSA: STEPHEN DEMANOVICH
DEFT. COUNSEL: RAHUL AGARWAL, WANDA AKIN, RAYMOND BROWN
PO/PTS:
INTERPRETER:
Language:

TIME COMMENCED: 1:07 PM
TIME TERMINATED: 1:22 PM
CD NO: ECR - TEAMS

s/Joel De La Cruz
DEPUTY CLERK